UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | Cr. No. 24-CV-392-JL-TSM |
| | ] | |
| | ] | |
| COREY DONOVAN | ] | |

### ASSENTED TO MOTION TO CONTINUE AMENDED PLEADINGS DEADLINE TO SEPTEMBER 15, 2025

    Counsel for Mr. Donovan, Attorney John MacLachlan, respectfully requests the Court to continue the amended pleadings deadline currently scheduled for July 8, 2025, to September 15, 2025.

    On or about November 21, 2024, Mr. Donovan filed a pro-se motion to Vacate Sentence under 28 USC 2255.

    On March 10, 2025, Attorney John MacLachlan was appointed to represent the Defendant, Mr. Donovan. On April 8, 2025, a Status Conference was held and an Amended Pleadings deadline was set for July 8, 2025.

    Since April 8, 2025, counsel has begun the process of reviewing all the discovery and the issues related to the Defendant's pro-se motion filing. The case has a considerable amount of discovery and procedural history that has taken counsel more than usual time to review. The Defendant is very engaged in the process and requires discussion on all topics related to the motion. The Defendant is in custody in South Carolina limiting any communication, to this point, via telephone calls with the Defendant. Additional time is requested to finalize the amended pleading and ensure the Defendant understands the amendments and future procedure.

Counsel for Mr. Donovan requests additional time to review and prepare any amended petitions.   Mr. Donovan is currently detained.

The government assents.

Wherefore the defendant respectfully moves the Court to grant this motion and to continue the amended pleadings deadline, and for such other relief as may be deemed just.

Respectfully Submitted,

Date: July 2, 2025

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on July 2, 2025, and in a manner specified herein; electronically served through CM/ECF to AUSA Charles Rombeau.

Respectfully Submitted,

Date: July 2, 2025

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us