UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | Cr. No. 24-CV-392-JL-TSM |
| | ] | |
| | ] | |
| COREY DONOVAN | ] | |

**ASSENTED TO MOTION TO CONTINUE AMENDED PLEADINGS DEADLINE
FOR  60 DAYS**

     Counsel for Mr. Donovan, Attorney John MacLachlan, respectfully requests the Court to continue the amended pleadings deadline currently scheduled for December 15, 2025 for 60 days.

     On or about November 21, 2024, Mr. Donovan filed a pro-se motion to Vacate Sentence under 28 USC 2255.

     On March 10, 2025, Attorney John MacLachlan was appointed to represent the Petitioner, Mr. Donovan. On April 8, 2025, a Status Conference was held, and an Amended Pleadings deadline was set for July 8, 2025. On July 1, 2025, counsel filed a motion to continue the time to file Amended Pleading to September 15, 2025

     Since July 1, 2025, counsel has reviewed all the discovery and the issues related to the Petitioner's pro-se motion filing. A rough draft of the filing has been completed and mailed to Mr. Donovan. The Petitioner is very engaged in the process and requires discussion on all topics related to the motion. The Petitioner is in custody in North Carolina limiting any communication, to this point, via telephone calls with the Petitioner. The Petitioner is not permitted to call at specific set times but instead reaches out randomly on different days. Counsel received a phone

call from Mr. Donovan on October 2, 2025, November 3, 2025 and December 1, 2025. Counsel is only permitted to call the Petitioner's counselor and leave messages. Counsel is concerned that any pleading filed on his behalf without his complete understanding will undermine the ability to effectively represent the Petitioner.

A draft of the pleading has been provided to Mr. Donovan and Counsel is awaiting a response. Mr. Donovan states he mailed his response to our office, but it has yet to be received. Counsel for Mr. Donovan requests additional time to discuss any modifications and rationale for Counsel's amendments.   Mr. Donovan is currently detained.

The government assents.

Wherefore the Petitioner respectfully moves the Court to grant this motion and to continue the amended pleadings deadline, and for such other relief as may be deemed just.

Respectfully Submitted,

Date: December 10, 2025

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on December 10, 2025, and in a manner specified herein; electronically served through CM/ECF to AUSA Charles Rombeau.

Respectfully Submitted,

Date: December 10, 2025

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us