UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| | No. 24-CV-392-JL-TSM |
| **COREY DONOVAN** | **BUTNER MEDIUM II FCI** |
| *Petitioner* | **PRISON NO.: 09861-049** |
| | |
| v. | |
| | |
| **UNITED STATES OF AMERICA,** | |
| *Respondent* | |

**PETITIONER'S MOTION TO TRANSFER PETITIONER TO THE STATE OF NEW HAMPSHIRE OR FUNDS FOR DEFENSE COUNSEL TO TRAVEL TO FCI BUTNER**

NOW COMES Corey Donovan (hereinafter "Petitioner"), in the above-captioned matter and respectfully moves this Honorable Court to transfer the Petitioner to a holding facility in the State of New Hampshire, or, in the alternative, funds for Defense Counsel to travel to FCI Butner to visit the Petitioner, for the reasons hereinafter set forth.

As grounds therefore, Petitioner hereby submits as follows:

1. Mr. Donovan was charged with one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).
2. The Court sentenced Mr. Donovan to 110 months imprisonment and three years of supervised release.
3. The Petitioner appealed his conviction and sentence to the United States Court of Appeals. This appeal was denied.
4. Mr. Donovan and defense counsel are now moving to file a motion to vacate pursuant to 28 U.S.C. § 2255.

5. The Petitioner is incarcerated in North Carolina.
6. It has been extremely difficult to communicate with the Petitioner to complete this petition.
7. Defense counsel had tried numerous times to call the prison in North Carolina to connect with the Petitioner. There is no direct line to be connected with the Petitioner and thus the only way to contact him is through his case manager. Mr. Donovan's case manager has failed to call us back after several attempts.
8. In order to successfully complete the Mr. Donovan's petition to submit to the Court, proper communication with counsel is necessary.
9. Neither the State of New Hampshire nor the Court shall not be prejudiced by this request.
10. The Government takes no position on the Petitioner's transfer.

WHEREFORE, the defense respectfully requests that this Honorable Court:

A. Transfer the Petitioner to a holding facility in New Hampshire; or
B. In the alternative, grant this motion for funds to allow defense counsel to travel the North Carolina jail.
C. Grant any such other relief as may be proper and just.

Dated: January 27, 2026

Respectfully submitted,

Corey Donovan,
By his Attorney,

/s/ John G. MacLachlan
John G. MacLachlan, Esq.
Attorney for Defendant
Law Office of John G. MacLachlan & Associates, LLC
5 Elm Street
Ste. 3
Danvers, MA 01923
BBO#:     15596
Phone:    (978) 745-9569
Email:    jmaclachlan@jgmlaw.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served copies of the foregoing Motion to Assistant United States Attorney Charles Rombeau.

SIGNED under the pains and penalties of perjury.

Dated: January 27, 2026                    */s/ John G. MacLachlan, Esq.*
                                            John G. MacLachlan, Esq.