COREY DONOVAN

Dear Clerk of Court &

JUDGE LAPLANTE

STATUS OF COUNSEL
STATUS UPDATE
PURSUANT TO LOCAL RULE 4.3(e)(b)

MY COUNSELOR Williams JUST CAME BY AND REFUSED TO SET UP A LEGAL CALL, BECAUSE, ACCORDING TO HIM, MY ATTORNEY JOHN MACLACHLAN HAS NEVER LEFT A CALL BACK NUMBER. IF THIS IS TRUE THEN WE HAVE A SERIOUS PROBLEM.

I INFORMED MACLACHLANS OFFICE OF THIS ALLEGATION

→

ON A RECORDED CALL MONTHS AGO. ACCORDING TO WILLIAMS ATTORNEY MACLACHLANS OFFICE HAS STILL FAILED TO PROVIDE CONTACT INFORMATION.

I DONT KNOW WHO TO BELIEVE.

WHAT I DO KNOW IS I AM READY TO ARGUE MY CASE AND PRESENT EVIDENCE TO PROVE MY POSITION ON THE FACTS IN DISPUTE.

THE GOVERNMENT HAS DECEIVED THE COURT FOR

FAR TOO LONG AND I HAVE BEEN DENIED JUSTICE BY THESE LIES TO THIS HONORABLE COURT.

THERE IS EVIDENCE THAT IS NOT IN THE RECORD WHICH SUPPORTS MY POSITIONS FURTHER WHICH IS WHY I NEED AN EVIDENTIARY HEARING; TO EXPAND THE RECORD

I NEED and REQUEST A STATUS OF COUNSEL HEARING SO WE CAN TALK TO THIS ATTORNEY TO ACERTAIN

IF HE HAS EVEN WORKED ON MY CASE AT ALL, BECAUSE I DON'T KNOW IF HE HAS — BUT I HAVE

I AM RESPECTFULLY REQUESTING TO PROCEED ON MY FILINGS AS THEY STAND WITH A CHANCE TO ORALLY ARGUE AND PRESENT NEW EVIDENCE

PLEASE!

I ALSO NEED TO LET YOU KNOW ABOUT SOMETHING →

5 of 10

I WAS JUST ASSAULTED BY THE CAPTAIN HERE FOR COMPLAINING ABOUT NOT BEING ABLE TO PURCHASE STAMPS AND NOT BEING ALLOWED LEGAL CALLS OR ALLOWED ACCESS TO LAW LIBRARY OR REC. THERE IS AN ONGOING SIA (Internal Affairs) INVESTIGATION. IT HAPPENED AT 9 AM ON 1-8-2026 B RANGE cell 122

I will be filing a BIVENS, There are witnesses

I AM BEING DENIED GRIEVANCE FORMS →

6. of 10

I AM BEING DENIED STAMPS THE STAMPS I DO GET ARE FROM OTHER INMATES AND A SINGLE STAMP COSTS ME A WHOLE DAYS FOOD - 3 TRAYS - I HAVE MONEY ON MY ACCOUNT TO BUY STAMPS I AM JUST BEING DENIED AS A WAY TO IMPEDE ACCESS TO THE COURT

I DONT EVEN KNOW IF YOU OR MACLACHLAN ARE GETTING MY MAIL OR IF ITS BEING THROWN AWAY I WRITE EVERY WEEK →

But I get no responses back. I filed a meritorious, timely 2255 14 months ago and have yet to see a courtroom.

These are issues which should have been addressed years ago AND AMOUNTS TO A FRAUD UPON THE COURT, AND SUBVERSION OF JUSTICE.

I've been waiting so so PATIENTLY FOR MY DAY OF JUSTICE. TO EXPOSE THE TRUTH. TO EXPOSE THE LIES AND DECEPTIONS

→

AND PERJURY.

WITH ALL DUE RESPECT, IT has BEEN FAR TOO LONG DELAYED AS IT IS.
* I HAVE NOT CONSENTED TO ANY CONTINUANCES
* I WAIVE NO ISSUES RAISED
* I REQUEST AN IN PERSON HEARING TO ADDRESS;
  = STATUS OF COUNSEL
  = CASE STATUS
  = EVIDENTIARY HEARING
  = CONTINUED withheld exculpatory evidence

9.
10

I HAVE TOLD MACLACHLAN'S OFFICE NUMEROUS TIMES IN WRITING TO SCHEDULE THESE HEARINGS AND TO PROCEED USING MY FILINGS, WITH MY presence IN PERSON MANDATORY.

THIS WILL BE THE ONLY WAY TO FACILITATE CONTACT BETWEEN ME AND THIS ATTORNEY. ⭐ IF THEY/HE ISN'T GOING TO MAKE CONTACT, THEN I HAVE NO CHOICE, →

FILED - USDC -NH
2026 JAN 27 AM 10:07

I WISH TO PROCEED ON MY OWN IMMEDIATELY TO AN EVIDENTIARY HEARING

PLEASE SCHEDULE ONE AND ORDER THE US MARSHALLS TO PRODUCE ME WITH MY LEGAL FILES

THANK YOU FOR YOUR TIME - SORRY ABOUT THE RUBBER PENCIL  SINCERELY & Respectfully

COREY DONOVAN
09861-049
FCI-2 BUTNER
PO BOX 1500
BUTNER NC
27509

1-14-26

COREY DONOVAN
04861-047

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
Butner, North Carolina 27509

☐ Federal Medical Center
  P.O. Box 1600
☐ FCI Butner Medium I
  P.O. Box 1000
☐ FCI Butner Medium II
  P.O. Box 1500
☐ FCI Butner Low
  P.O. Box 999

Inmate Correspondence

RALEIGH NC 275
16 JAN 2026 AM 6 L



UNITED STATES DISTRICT COURT
DISTRICT OF New Hampshire
OFFICE of the Clerk
55 Pleasant Street
CONCORD NH 03301