UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | Cr. No. 24-CV-392-JL-TSM |
| | ] | |
| | ] | |
| COREY DONOVAN | ] | |

### ASSENTED TO MOTION TO CONTINUE AMENDED PLEADINGS DEADLINE FOR 60 DAYS

Counsel for Mr. Donovan, Attorney John MacLachlan, respectfully requests the Court to continue the amended pleadings deadline currently scheduled for February 13, 2026 for 60 days.

On or about November 21, 2024, Mr. Donovan filed a pro-se motion to Vacate Sentence under 28 USC 2255. On March 10, 2025, Attorney John MacLachlan was appointed to represent the Petitioner, Mr. Donovan. On April 8, 2025, a Status Conference was held, and an Amended Pleadings deadline was set for July 8, 2025.

Since being appointed to this case, counsel has spent over 100 hours reviewing all discovery and the issues related to the Petitioner's pro-se motion filing. The Petitioner is in custody in North Carolina limiting any communication, to this point, via telephone calls with the Petitioner. Counsel's office has left messages to set up a legal call, which have gone unreturned. The Petitioner is not permitted to call at specific set times but instead reaches out randomly on different days. It is unclear whether all written correspondence from our office is reaching Mr. Donovan.

Mr. Donovan filed a motion for emergency hearing dated January 1, 2026. In response, our office mailed Mr. Donovan package containing the requested discovery documents. On

January 29, 2026 this package was returned to our office with a 'Return to Sender' note citing 'Over 1 pound limit authorized'.

      On January 27, 2026, Counsel filed a motion to either transfer Mr. Donovan to a facility in New Hampshire, or to allow funds for Counsel to travel to North Carolina. This motion is intended to address the ongoing communication issues, which are driving the need for an extension of the amended pleading deadline.

      As this motion is still pending, it is in Mr. Donovan's best interest to request another deadline extension. He has indicated in his Status of Counsel filing that he objects to any further continuances. Counsel is concerned that any pleading filed on his behalf without his complete understanding will undermine the ability to effectively represent the Petitioner. Additionally, Counsel recognizes the prior court orders regarding the time to file an amended pleading and his obligation to address any issues that may affect his ability to comply with the orders while representing the best interest of the defendant.

      The government assents.

      Wherefore the Petitioner respectfully moves the Court to grant this motion and to continue the amended pleadings deadline, and for such other relief as may be deemed just.

      Respectfully Submitted,

Date: February 11, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us

**CERTIFICATE OF SERVICE**

     I hereby certify that the above document was served on February 11, 2026, and in a manner specified herein; electronically served through CM/ECF to AUSA Charles Rombeau.

Respectfully Submitted,

Date: February 11, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us