UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA        ]
        ]
        ]
      v.        ]        Cr. No. 24-CV-392-JL-TSM
        ]
        ]
COREY DONOVAN        ]

### ASSENTED TO MOTION TO CONTINUE AMENDED PLEADINGS DEADLINE FOR  60 DAYS

Counsel for Mr. Donovan, Attorney John MacLachlan, respectfully requests the Court to continue the amended pleadings deadline currently scheduled for April 14, 2026, for 60 days.

Undersigned counsel last filed a motion to continue the amended pleadings deadline on February 11, 2026, and will not repeat the background and facts set forth in that pleading.

On March 12, 2026, a status conference was held and the Court ordered that the Defendant be transferred to USMS custody at the Strafford County House of Correction during the pendency of the litigation of this matter. On March 19, 2026, AUSA Charles Rombeau provided USMS with an ASR to transfer the Defendant and USMS advised of a timeline of 6-8 weeks.

As of April 13, 2026, Mr. Donovan has not yet been transported to the Strafford County House of Correction, and therefore Counsel has not been able to meet with him. Counsel is concerned that any pleading filed on Mr. Donovan's behalf without his complete understanding will undermine the ability to effectively represent the Petitioner. Additionally, Counsel recognizes the prior court orders regarding the time to file an amended pleading and his

obligation to address any issues that may affect his ability to comply with the orders while representing the best interest of the Defendant.

The government assents.

Wherefore the Defendant respectfully moves the Court to grant this motion and to continue the amended pleadings deadline, and for such other relief as may be deemed just.

Respectfully Submitted,

Date: April 13, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on April 13, 2026, and in a manner specified herein; electronically served through CM/ECF to AUSA Charles Rombeau.

Respectfully Submitted,

Date: April 13, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us