Case 1:24-cv-00392-JL-TSM   Document 1-3   Filed 11/21/24   Page 1 of 14

*Attachment (3)*

*( Double sided )*
*Sorry*

# CAITLIN FILLION

## POST ARREST INTERROGATION.

### WEDNESDAY DECEMBER 23, 2020
### SOMERSWORTH POLICE

**Also Present: Sergeant McKnight and Officer Mulcahey**

▶11:20

**COP:** Um— So, In regards to the handgun. Kind of, walk me through what happened with that.

**CAITLIN:** So, we left my house first.

**COP:** Yep.

**CAITLIN:** And then I was _____ sketched out about

[unintelligible]

being there. My door was locked and I didn't have my house key so, I did kind of have to push the door open a little bit and then made a loud noise. So I already was assuming _____ knew I was there.

[unintelligible]

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 2 of 14

▶11:28

**CAITLIN:** Went inside for like maybe five, ten minutes and he said he had to go to the store. So I said I'd feel better if we left anyways. So, we ended up leaving. We get outside of my apartment building in like maybe, by like the very ending of like, the parking lot right there, he took the gun out of his hand and he kind of like-like —to put it in my pocket and he's like here hold on to this.

▶11:55

**CAITLIN:** And I didn't say no. I'm stupid and I was like okay, like-like— I didn't even know how to like-really have it. I mean— I didn't know how to put it in my pocket cuz like I was like, is it loaded? and he said yes. He said don't worry it won't go off or anything. So, I was like the walking—I was walking with my hand like a little bit like pushing the pocket out so nothing touched the trigger or anything.

**COP:** Mm-hmm.

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 3 of 14

*Attachment (B3)*

CAITLIN: So, we ended up a walk— I walked with it in my pocket all the way to Cumby's and then you guys pulled in and then I went into the store stupidly. And I got sketch now and I got scared and—so I put it in the sugar dispenser thing, um—

COP: You guys got sketched out cause you saw me pulling in the parking lot?

▶12:31

CAITLIN:  Yes.

COP: Okay.

CAITLIN:  So, I went in to I Knew like I knew what you guys were doing. Normally I would run but like I didn't.

COP:  Probably, because Tim sticks out like a sore thumb.

CAITLIN: Yeah.

COP:  I didn't-I didn't know Tim before the other night. Sunday night.

CAITLIN:  Yeah, yeah.

COP:  So, when I see him twice in a week. Yeah.

CAITLIN: Yeah, exactly.

COP: _____ knowing, he was already at your apartment [unintelligible]

on Sunday.

**CAITLIN:**

    *[Laughs]*

**COP:**  So let me look at this real quick to see what this is because I don't know off the top of my head.

▶15:21

**CAITLIN:**  Okay.

▶▶*FAST FORWARD*▶▶

▶42:47

**COP:** Um. A couple questions.

**CAITLIN:**  Yep,

**COP:** So you knew- you said Sunday night that you knew he had the gun and he was trying to see if you— _____?

                    *[unintelligible]*

**CAITLIN:** Yea, yea.

**COP:** Did he tell you where he got it?

▶42:57

**CAITLIN:** No. He was saying he could get a lot of them and he gets rid of them for like really, really expensive. Like he makes a lot of money on them.

▶43:02

**COP:**  He didn't say anything about where he got them though?

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 5 of 14

CAITLIN: No, He-he-he honestly wasn't really talking to me. He was talking to Bobby for the most of it.

▶43:06

COP: Not Rochester or Raymond or anything like that?

CAITLIN: Um— he- I know he came up this way like three or four days ago from Boston. Um, but like I said I literally just met him on Friday. Actually, no. I'm Sorry, I met him on Sunday night. So, literally less than forty-eight hours.

COP: Yep.

▶43:08

CAITLIN: Um, so, he came up from Boston, then he picks up a lot. He had like twenty sticks on him Sunday night or with him or wherever he lives.

COP: So does he pick up from Boston or does he pick up here?

▶43:36

CAITLIN: Um— so, he picks up in Boston but tonight he was calling his cousin or some one who was gonna bring him stuff to re-up but he was re-upping in Somersworth. So, that is another reason he didn't want me to come to Somersworth.

COP: Okay and he was re-upping with dope?

▶43:47

CAITLIN: With dope and crank.

9

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 6 of 14

**COP:** Both? Okay.

**CAITLIN:** Yeah.

**COP:** And _____ and you think that someone was gonna [unintelligible]

meet him here to re-up?

►43:56

**CAITLIN:** Yeah. He so, he kept saying his aunt and then he said his cousin. So but I know he's related to Mercedes and -um and Brittany. And I know he messes around with Brittany a lot but, I don't think that's where he's getting his stuff from but it's someone he's close to.

**COP:** But he's never got anything from Mercedes?

**CAITLIN:** Mercedes? No, I know it's not Mercedes. She's—

**COP:** No?

►44:15

**CAITLIN:** No. She's-She's a drug addict. A *heinous* drug addict. So—

**COP:** Yeah.

**CAITLIN:** No. Brittany. Brittany's the one you want to look at for any of that stuff.

**COP:** Okay.

Case 1:24-cv-00392-JL-TSM   Document 1-3   Filed 11/21/24   Page 7 of 14



▶44:24

CAITLIN: She's the one that picks up and Train. His name is Antoine Train. Um— a big black dude Merecedes was just dating. Um— what is his last name? He goes by Train, but his name is Antoine.

COP: Does he live in town?

CAITLIN: He lives in Rochester but he's— he's over this way a lot too. Um. He's around—he used to be really close to Antonio. I know you guys know Antonio.

▶44:44

COP: Antonio?

CAITLIN:  Blackburn.

COP: Yeah I know Antonio. I've only dealt with— personally minimally.

CAITLIN: He's around Antonio a lot.

COP:  Yeah. Um. So, how many sticks did he have Sunday? Twenty?

CAITLIN: Ten. Ten to twenty.

▶44:46

COP: Ten to twenty sticks from Boston?

CAITLIN: Yeah.

11

Case 1:24-cv-00392-JL-TSM   Document 1-3   Filed 11/21/24   Page 8 of 14

*Attachment 68*

▶45:00

COP: He—he picked up in Boston and here from Somersworth?

CAITLIN: I know— he, well he can get it really cheap. He was getting in Boston and he came up here from Boston three or four days ago. Um. That's what he told me, is he picks up in Boston but he tonight was on the phone with someone that was his cousin or his aunt. Um—and like they had to go down to Somersworth and they lived in Somersworth and they were meeting him tonight in Somersworth. Which is another reason why—

▶45:21

COP: At your place?

CAITLIN: No. They weren't meeting at my place.

COP: No?

CAITLIN: They just said they were gonna to come meet him cause he already obviously he knows that like—

COP: Did you know how much he was re-upping?

CAITLIN: Ten sticks.

COP: Ten sticks?

CAITLIN: Yep and— I don't know how much crank though but—

COP: Okay.

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 9 of 14

►45:31

CAITLIN: He was not going to meet at my house cause he— I don't know why he even came to Somersworth but he knows obviously that like— you guys are probably watching the place.

COP: Well, it sounds like he was coming to me means, he was coming here for to re-up.

CAITLIN: To yeah.        Well, yeah. That's what I mean like—
        [Laughs]

►45:44

COP: So do you think he's getting the guns from Boston or do you think he's getting the guns from here locally?

CAITLIN: I honestly have no idea but the way he made it seem to Bobby was that he can get it pretty easily and get rid of them pretty easily.  And getting down to Boston for— Getting to Somersworth from Rochester is hard for him, so.

COP: Um. Hm.

►45:59

CAITLIN: I mean, I can't see how it would be easily going down to Boston.

COP: Yeah.

CAITLIN: His family lives this way.

13

Case 1:24-cv-00392-JL-TSM   Document 1-3   Filed 11/21/24   Page 10 of 14

COP: Does he hang around with anyone else in Manchester other than Train?

CAITLIN: Well, no. Trains from up here.

COP: Yeah but does he hang around with anyone else from up here?

CAITLIN: From up here? Like I said, I met him like a couple days ago. Like Britney um—

COP: Where do they hang out in Rochester? Do—do you know?

►46:11

CAITLIN: So I picked him up tonight he was at a house behind Subway in Rochester

COP: Mm-hmm.

CAITLIN: And um earlier today I saw him and I—uh can't remember the laundry mat but, it's right —you know like monster gas and you have the laundry mat that's right there.

►46:30

COP: Mm-hmm.

CAITLIN: And you take that road right before the laundry mat on the left.

COP: Oh, _____ area.

    [unintelligible]

Case 1:24-cv-00392-JL-TSM   Document 1-3   Filed 11/21/24   Page 11 of 14

▶47:47

CAITLIN: Is that— like across from the field?

COP:  Mm-hmm.

CAITLIN: Yup. So, yeah. What is the name of that laundry mat? Varney's? Is it it Varney's?

COP: Oh and Varney's is over by—

CAITLIN:  The laundromat is Varney's. There's um, so—

COP:  Okay. Yea. Varney's is across the street where-where the uh—the U-Haul place is. In that that.

▶46:55

CAITLIN:  Yeah. Yep. So if you're coming from Rochester going towards Somersworth you're Varney's right there, it's the road right before Varney's. You take the left and it's the first or second Road on the— I think it's the first road, on the left .When you turn onto the road you look straight ahead there's a house, that's like being redone. Like the upstairs, there was a guy with a flashlight hanging out of the window. Like, where— it's you can tell it's like, completely like remodeled or whatever. He was going to that house and then that's where he was staying.

▶47:20

COP: The one that's being remodeled?

15

Case 1:24-cv-00392-JL-TSM     Document 1-3     Filed 11/21/24     Page 12 of 14

*Attachment*

*B13*

**CAITLIN:** Yep.

**COP:** Okay.

►47:23

**CAITLIN:** And that's where he gets his crank.

**COP:** Okay.

**COP:** Alright, you know anybody by the name of        ?

**CAITLIN:** No.

**COP:** No?

►47:31

**CAITLIN:** I just know Antonio.

        *[Laughs]*

**COP:** He drives a red car. Anybody you know that drives a red car? Red sedan?

**CAITLIN:** Red sedan? No.  I know a red SUV. His name's Jared.

**COP:** You got that yeah-uh face mask but it's a skull face mask.

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 13 of 14

►47:43

**CAITLIN**: Actually, that does sound familiar but no like, the name doesn't sound familiar at all. I like- I-I've met a lot of people through drugs recently but, like I really haven't spent much time in Somersworth, I usually go to Laconia to score up but I know like Stephen Wilson, I know Jared, Antonio Blackburn, Bri, Train. Um. I just met Brittany, Mercedes like within the last week.

►48:06

**COP**: What Train's real name?

**CAITLIN**:   Antoine.

**COP**: Oh.

**CAITLIN**: I can't think of his last name but I know it's on my Facebook but, I know he just got picked up by Dover but—I mean he got let out the same day. But um—

**COP**: Is he a black dude?

**CAITLIN**: Yeah.

►48:18

**COP**: Valentine?

Case 1:24-cv-00392-JL-TSM    Document 1-3    Filed 11/21/24    Page 14 of 14

**CAITLIN:** Valentine. Yes. That's his last name. Yea-um-who Who else do I know? Uh—I'm trying to think like Somersworth. I mean, all the other people I know are-like in the rehab center.

**COP:** Well, the drugs are a problem but, the guns are what we've concern for.

**CAITLIN:** Yep.

**COP:** So?

▶48:45

**CAITLIN:** I know Train's messing around. He knows people who have like that kind of stuff. And then like, Train's, like related to like-uh Tim. With like Mercedes and Brittany because I met Mercedes and Brittany through Train not Tim. I met Tim through Brittany and Mercedes.

**COP:** Gotcha.

**COP:** All right, more questions.

**COP:** Um, no because you already asked her right?

**COP:** Mm-hm.

**COP:** And-uh, he didn't say- You don't know where he picked up the piece from?

**CAITLIN:** No, I just know he can get rid of it a lot.

18

Case 1:24-cv-00392-JL-TSM     Document 1-4     Filed 11/21/24     Page 1 of 26

*(Attachment (C)*
*Double sided - sorry)*

| CAITLIN FILLION |
| :---: |
| IN CUSTODY INFORMANT INTERROGATION |
| ALSO PRESENT: ATF SA John Foand Detective Anthony "Tony" DeFrancesco of Somersworth Police |
| THURSDAY MARCH 11, 2021 |

3:57

**FORTE:** So, Tony's with Somersworth Police Department. I am with the Bureau of Alcohol Tobacco Firearms and Explosives. It is abbreviated as ATF. Are you familiar with ATF is?

**CAITLIN:** I kind of heard it before on TV.

*[Chuckles]*

**FORTE:** Okay. So, we enforce the federal firearm laws.

**CAITLIN:** Okay.

**FORTE:** So, in this particular case, you are a convicted felon.

4:17

**CAITLIN:** Right.

**FORTE:** Tim's a convicted felon.

**CAITLIN :** T—yep.

**FORTE:** I know yours, was a short amount of time that you possessed that firearm, but you both possessed the firearm. Felons can't possess firearms.

**CAITLIN:** Right.

*1 of 28*

4:29

**FORTE**:   Okay. So, I have watched the video. As I told you.

**CAITLIN**: Yep.

**FORTE**: Of the interview you did-um and I'm gonna- kind of, recap it real quick for you.  And then tell me if there's anything in there, that's wrong, or-or needs to be changed or elaborated.

**CAITLIN**: Okay.

4:41

**FORTE**: Um. This Is your opportunity to, if any of that was -oh you know what, I was wrong and it's not that you were. You mean not you know. Maybe you're wrong, maybe you weren't. Sometimes people get things wrong, it's not a problem we just correct now.

**CAITLIN**: Okay.

**FORTE**: Uh. You said that you'd only known him for about two days? That you met him on Sunday?

**CAITLIN**: Yeah. Literally.

**FORTE**: Okay. That was Sunday night. It was, I think Tuesday you got arrested.

**CAITLIN**: Yep. Since Bobby got arrested Sundaythat night um-

4:59

**FORTE**: Right.

Case 1:24-cv-00392-JL-TSM   Document 1-4   Filed 11/21/24   Page 3 of 26

Attachment
C3

5:00

CAITLIN: And then they went to come and get me. When I was coming out and then yeah, I got arrested Tuesday.

FORTE: Okay. So, you'd only known him about forty-eight hours?

CAITLIN: Yep.

5:08

FORTE: I think you said he had about ten to twenty sticks, Sunday night?

5:13

CAITLIN: Yep.

FORTE: Is that correct?

CAITLIN: Yep.

FORTE: And then, we're talking about fentanyl or heroin? Or something like that?

5:15

CAITLIN: Yep, Yep. It was heroin and he had the gun that night too because he was trying to sell it to Bobby.

5:18

FORTE: Okay. I-you know And the video it was good but at the same time there were points I couldn't understand what you had said.

CAITLIN: Okay.

FORTE: So, he was trying to sell it to Bobby?



**CAITLIN:**  Yep.

**FORTE:**   What was he trying to sell it for?

5 :27

**CAITLIN :** I honestly don't remember. Um. I mean, because Bobby owns any money or any use honestly for a gun anyways. But you know like he-he, I remember him saying did you see that gun because I remember seeing it and it was a really small and a little tiny one.

**FORTE:** Mm-hm.

5:40

**CAITLIN:**  And, uh- He's like, yeah. I think you know that'd be kind of cool and I would remember, like looking at Bobby. And I was like no. I was like, not keeping a gun in my house. Sorry.

**FORTE:** Yeah?

5:46

**CAITLIN:** Um. So, maybe he-uh like didn't even think that he was that serious about buying it anyways but I did tell cause, when I heard about the charges coming my way with that. I had said, Well, like for proof that it's not mine, like I asked Bobby, are you willing to talk to anyone just to let them know he tried selling it to you and he said he would do so.



**FORTE:**  Okay. Alright-Uh. And did you see any-him? Did you see Tim? I know it's only a few days but was any other firearms besides that one?

**CAITLIN** : No, but he said that they were easy to come across.

**FORTE:** *Very* easy to come across?

 6:15

**CAITLIN:** Yeah.

**FORTE:** Okay.

 6:17

**FORTE:** Did he mention having access to others?

**CAITLIN:** Yes.

**FORTE:** Did he say where that was?

**CAITLIN:** Rochester.

 6:21

**FORTE:** Or through who?

**CAITLIN:** Um—Yep. If You go to the laundry mat, you're like— Rochester's Cumby's— you have um-like-uh the park.

**FORTE:** Mm-hm.

 6:30

**CAITLIN:**  And Then I can't remember what, um— _____. [unintelligible]

**FORTE:** You kind of went over this with uh- officer, Sergeant McKnight and the other officer?

Case 1:24-cv-00392-JL-TSM   Document 1-4   Filed 11/21/24   Page 6 of 26

**CAITLIN:** Yep. I can't think of the name-Varney. His name's Varney's.

**FORTE:** Yeah. Okay so. Yeah? I'm not great with Rochester but uh- yes that sounds familiar with the name but-

**CAITLIN:** Yep. That's where he's staying

**FORTE:** And it was like above that or something like that?

6:51

**CAITLIN:** Well, it was you-you go take the road right before coming like from like Farmington or whatever. So you're not coming from the other way if you take the first left right before the laundry mat.

**FORTE:** Mm-hm.

7:04

**CAITLIN:** And then it's the, I think the first? It's either the first left or it's straight down. Yeah. You go down that left, you take the next left, and then at, literally look down the road. It's not a long road, but it's a house that's getting redone. The whole top floor, like-there's spots in like the roof that are like, missing. That's where he was staying.

**FORTE:** Okay and he was supposedly the guy that did? He say he got the gun from there or did-

7:24

**CAITLIN:** Yes. Yeah. The gun and the whole, the down.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 7 of 28

**FORTE**: Okay and did- He was he says that if he's saying it as if he purchased it from there or you know where they are holding it for him and it was his?

**CAITLIN**:  Not really, but the just saying like if you know anyone who's looking for burners, like you know I got that for you.

**FORTE**: Did he mention who that person is?

_7:41_

**CAITLIN**:No.He-he kept saying family. He was— his family and it was a woman and I know he was talking to for it for-um the heroin. I know that for a fact. It was his aunt that had Adjutants, his family so-like related and stuff.

**FORTE**: Well.

_7:56_

**CAITLIN**:

    *[Laughs]*

**FORTE**: Wrong— okay-um. So, his aunt that location?

**CAITLIN**:  Yep.

**FORTE**: Okay. Um-so, then uh? What you said about, you guys then left your house at some point on Tuesday. So, you know shortly before did you walk straight from the house to the Cumby's?

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 8 of 26

FORTE: But you? I've just seen the Cumby's security camera-
I-I mean you guys- it's very quick.

CAITLIN: It's like, yeah.

   [Laughs]

9:50

FORTE: So for you, it's-it's there's a lot of credit that
goes your way.

CAITLIN: Okay.

FORTE: You didn't even leave the parking lot. It wasn't an
hour later you know? No, no I couldn't.

9:57

FORTE: It was, hey-hey I can't leave it like that. I so- I
give you a lot of credit for that. Um, there's not a lot of
people would have done that.

CAITLIN:

   [Laughs]

FORTE: The would have just rolled the dice and hoped nobody
got hurt. And seeing what had happened.

10:10

**FORTE:** Okay, so is there anything else that you can think of? From that, particular that we should know about or anything else that Tim said or whatever those two days that you knew him? Well, I guess that you meet him the first time go there and I think you said was it who brought him was it-?

10:27

**CAITLIN:** Brittany Adjutant and Mercedes. They were there cause Mercedes, Mercedes was dating um-train, Antoine. Whatever.

**FORTE:** Mercedes is?

10:37

**CAITLIN:** Was. or is. may-may-still be but, that's how I met the whole Adjuants. Is that and then Brittany came over because, Brittany was selling down and Bobby and I were into it and so- then one night they all not Train but Mercedes, Brittany, and I um, this other girl Megan. Who was driving everybody brought Tim over and that was Sundaynight- and he just kept coming while I-I think they didn't have a place to go because they kept wanting to come back to my uh-apartment.

**FORTE:** Well, if you don't have a place to go-I know, I get it.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 10 of 26

**CAITLIN:** Yep.

*[Laughs]*

11:06

**FORTE:** Okay, so they kept coming back to your place and hanging out there and did you witness him doing any deals or selling anything to anybody from that?

**CAITLIN:** Yea. He sold to me, he sold to Bobby, he gave some.

11:13

**FORTE:** Okay. How much did you guys buy from him?

**CAITLIN:** I think he bought like a gram from him? but then he ended up giving me like almost a quarter stick. Um-

**FORTE:** So, you paid for a gram but got a quarter stick?

11:23

**CAITLIN:** Like, yea. He was really friendly. Like, really. Like well, really generous with it like he was-

**FORTE:** Trying to find a place paying rent?

**CAITLIN:** I know.        That's true.
                    *[Laughs]*

11:32

**BOTH:**
    *[Laughs]*


**FORTE:** Okay. So both of you guys did-uh-, so. Okay. So Sunday night you got ten to twenty sticks?

**CAITLIN:** Yep.

**FORTE:** I mean-two days later, is-that all gone?

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 11 of 26

11:44

CAITLIN: Yea, because I had met up with him again and that's where I knew he was staying behind the um- Rochester. where he was um- I had-had a friend who wanted a half a stick. So, I contacted him and um he-we-he, said he was- we were gonna. We were gonna go to pick him up and he said he was waiting for his Aunt. He said, my Aunt should be there anytime. And you know, just drive around or whatever. Let's go do something. And he kept like changing the subject and like my friend was like-like feening cause, she was like, where is it? Where do we go? Can we do that? What do you want to do? So yeah. I could tell he didn't have anything and I think he was hoping to go get something later but he didn't have anything at that point.

12:21

FORTE: Okay. So Sunday night. You guys- does he stay with at your place all Sunday night?

12:25

CAITLIN: For most of it until mid-morning out of- wait no. Cause, I know cause- we, we ended up leaving at like eleven because, the fire alarm went off and that's when the police showed up.

FORTE: Okay, okay. So, then he's gone?

12:37



**CAITLIN:** Yep.

**FORTE:** And when do you see him the next time?

_12:39

**CAITLIN:** The next day.

**FORTE:** The next day? Um-

**CAITLIN:** Yep. I met him at Wentworth-Douglass.

**FORTE:** Wentworth-Douglass? At the hospital?

_12:45

**CAITLIN:** Yep, in the parking lot because I went to Wentworth Douglass after he went with Megan, um and I met up with him. she was inside. I never saw her but um, I was getting down off him.

_12:55

**FORTE:** Okay and so what time was it around?

_12:57

**CAITLIN:** Um, I want to say it was later in the afternoon cause, I initially I had my friend Luis bring me to Portsmouth Hospital to-trying to detox and stuff. And I was fine until I turned my fucking phone on and everyone was all I have this and whatever. So and then I started craving it and I got a ride out of there and hit him up and met him at the hospital to three o'clock in the afternoon.

**FORTE:** Okay, does he hang out with you then afterwards?

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 13 of 26



13:28

**CAITLIN:** Nope. I did-he did a deal real quick there. And then he said he was going to meet up with me later and went to my friend Jared's house for the night because, I was too afraid to go back to my house due to the police.

[Laughs]

**CAITLIN:** And then the next day is when I actually met up with him, that night. And-um, over in Dover,the girl who wanted-um, the girl that had wanted the stuff earlier. He ended up putting me through. And-so, we picked him up, is when we went to Dover. And we walked from Dover to my house on Tuesday.

13:55

**FORTE:** Okay and you're there for how long before you go to Cumberland Farms?

**CAITLIN:** Maybe twenty minutes? Cause, I was like my neighbors already know I'm here. Someone's going to call.

14:01

**FORTE:** Oh, you're nervous? Right. I thought- Yeah, okay, alright.



33:00

**FORTE:** Um- you said there was some other gun that you talked some machine gun that you want

**CAITLIN:** Oh, yeah. This was around over in Wilmot. Um, Corey Donovan. Um, he was friends with my boyfriend Bobby. Um, we were suppose to go there for like the afternoon and the guys-like in Wilmot's a good forty five minute drive from Tilton or from honestly any-like town so walking would be crazy. Um, we-we went up there and he kind of like- I think his whole point was to like have us move up there and not bring us back to town because he made it really hard for us to leave, so it was kind of like he was kidnapping a little bit. He does up a lot. Um- he was definitely  in some type of psychosis and he thought, I had someone come there to pick us up finally and-um he freaked out and threw Bobby into a snow bank.

33:50

**CAITLIN:** And said that you know    "Get down soldier" like-

*[Chuckles]*

**CAITLIN:** Yea, he-um, he-he-he had a lawsuit, I think almost with Andover Police cause he got tased or whatever. There's a huge_____.

[unintelligible]

**DEFRANCESCO:** Andover, Mass.?

_34:51

**CAITLIN:** No, New Hampshire but, he was looking at like a lot of time in prison. Um-because he robbed a bank with snowmobiles with his brother or cousin.

_35:00

**DEFRANCESCO:** Okay, and what's his name, Wilmot?

**FORTE:** That's the town-

**CAITLIN:** No, that's the town that we were in. Corey-uh, Corey Donovan. Yep and-and he does a lot of up.

**DEFRANCESCO:** Corey Donovan?

**FORTE:** So, meth?

**CAITLIN:** Yep.

_35:15

**FORTE:** Okay, and so do you know who his supplier is?

**CAITLIN:** No, like I just met him a few days ago.

**FORTE:** A few days ago?

**CAITLIN:** Bobby was in jail with him so I don't know him.

He's dressed in all camo and stuff-and-um the day before Bobby had said You think we should see that gun he has out in the in that garage? And he always spends his time out there-um-and he apparently had this huge machine gun, and-I remember seeing him pick up a huge black case and he had a bow and arrow on top and-I was looking at it and he was like- Oh like-what-is this and he got like-mad and went back to his car.

34:11

**CAITLIN:** Um- he picked us up with two dead deer on the top of his car, its-like uh- I don't know-like a Mazda Matrix. Its like a little-like like-a-little car and it had like two dead deer with blood dripping down and everything.

34:23

**DEFRANCESCO:** How did you get connected with this guy?

**CAITLIN:** Um-so,Bobby was in Merrimack County Jail with him.

**DEFRANCESCO:** Okay.

**CAITLIN:** And so he's been out and um-he's- Bobby's mom didn't want us there, so he decided-offer to hang or whatever. So-

34:36

**DEFRANCESCO:** So, this guy's been in jail, is he a felon?

35:21

**FORTE:** Okay, so do you know where-can you describe in Wilmot where this location is?

35:25

**CAITLIN:** Yep. It's actually, twenty four-um fourth turnpike. Thats the address. Uh-um, New Hampshire turnpike. Sorry, twenty-fourth New Hampshire turnpike. That's in Wilmot because, I was trying hard to get Uber to work.

35:40

**FORTE:** Twenty-fourth New Hampshire turnpike?

**CAITLIN:** Yep.

**FORTE:** Okay.

35:45

**FORTE:** Okay. Um, did and you said that- or can you describe the layout of the place or what we're talking because you said his garage?

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 18 of 26

(17)

35:49

**CAITLIN:** Yup, yup. There's so— there's,a house, there's his mothers house, um-and then you have a like, a little, like yard and then you have what was a barn and its converted into a house now and thats where he lives right now because you then you go past the barn house and that he lives in, you can actually see it theres a chicken coop and then theres an actually big barn and thats where everything is like everything he has and you can see it from the road _____. The road when you past it-

[unintelligible]

**FORTE:** Okay, and-and-

36:16

**CAITLIN:** So, it's a different address from the house and so thats why probation hasn't caught him yet because, there every the barn, his house, his mothers house has um they're all three different addresses.

**FORTE:** Ah— That makes sense, I gotcha. Okay, um- but he took you back into that building.

**CAITLIN:** Yeah, yeah.

**FORTE:** And you said there was-was just one firearm there or, did-

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 19 of 26

36:35

CAITLIN: No. There was-there was, a lot of knives back and stuff back there.

FORTE: But, firearms is obviously more concerning.

CAITLIN: Yeah.

FORTE: That's what we can-can prosecute.

36:43

CAITLIN: I know, I saw it was another sliver gun or it was like-uh uh a handgun. Um-um, like, it was an um,like it was a handgun with a, with um-like a russian roulette thing. Um-

DEFRANCESCO: A revolver?

FORTE: A cylinder?

CAITLIN: Yeah. One of those things. Um, he had another hunting rifle. Uh, that was like all camo and then the machine gun.

37:01

FORTE: And how do you know it was a machine gun? _____

[unintelligible]

CAITLIN: So, I don't know specifically know its a machine gun. I just know it was a big gun um-and I know Bobby knew it was a machine gun.

**CAITLIN:** And he like he came in you could tell he was like shocked that he you know like that you could see what he had because he's not mentally right now. He's been using a lot fuckin' up and he's dangerous.

37:21

**FORTE:** Sounds like it. When you say big, I mean like how-how you know with your hands how—

**CAITLIN:** Like it was *huge.* Oh and-um he actually when we were at the vets um the police were called because we went to the vets and he had blood all up and down his car I am so the police showed up and he I remember we got out in the back of the car and he took this metal thing out and he was like you know what this is? And I was like— No, I have no idea what that is and he was like Bobby knows what that is. He was like What is it?

37:47

**CAITLIN:** and Bobby's like Oh I actually kind of forgot what is it oh that's right that's what the machine gun you put the machine gun on it's like a stand yeah.

**DEFRANCESCO:** Like a tripod?

**CAITLIN:** Yes-yes. It goes down and you put it like on top of it.

**FORTE:** Oh.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 21 of 26

C20

38:00

**DEFRANCESCO:** Which PD stopped you?

**CAITLIN:** Ah, it was the one with Sugar Hill. A veterinarian um—

**FORTE:** You went to a vet?

**CAITLIN:** Grantham. It was Grantham PD. So we were with them, they have a dog. A German Shepard. So we went with them to the vets and the whole incident happened at Sugar Hill.

**FORTE:** Oh. So, when you say them, you mean Corey?

**CAITLIN:** Corey and his girlfriend.

38:21

**FORTE:** Well, who is his girlfriend?

**CAITLIN:** Kelley Finnigan.

**FORTE:** Kelley Finnigan? Okay.

**DEFRANCESCO:** So, that's the Grantham Veterinarian Center? When you say— its vet, it's not the veterans, its the vets?

**CAITLIN:** Yes. No. It's an animal Sugar Hill.

**FORTE:** Sugar Hill Veterinarian or whatever.

**CAITLIN:** Yep.

**FORTE:** What was-was there something wrong with the dog or something?

38:39

**CAITLIN:** Yeah. His stomach looks like it was bloated real bad. Like he's six months old.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 22 of 26

FORTE: Oh. Is he okay?

CAITLIN: I-they don't know if the intestines or the stomach I guess can twist sometimes and not twist back so they think that might've happened or yeah

FORTE: Aw. That sucks.

38:57

FORTE: Um. Okay. Um, but did-he-but-uh-did-uh. So did he-were you guys present did he shoot any of the firearms? Did you guys do any shooting there at that time?

CAITLIN: No. Nope.

FORTE: Okay and that, so today is Thursday. What day do you think that was?

CAITLIN: Uh. Not yesterday. The day before.

FORTE: So Tuesday?

CAITLIN: Tuesday. Yep.

FORTE: Okay and you said it was Grantham PD that showed up?

CAITLIN: Yes.

FORTE: And they showed up at the vets and-

CAITLIN: Yes, Someone had to of-I mean he wouldn't. He's not going to call.

39:26

DEFRANCESCO: He's not just hanging out on the side of the road?

Case 1:24-cv-00392-JL-TSM   Document 1-4   Filed 11/21/24   Page 23 of 26

22

**FORTE:** Yeah. Okay, because of the car having the blood on it from the two deer he sho- okay, what did he say with the deer?

**FORTE:** I mean, what did he say the blood was from?

39:37

**CAITLIN:** So, the cop shows up and he's like you know What's going on? Like what is this and he's like I was in Tilton last night picking them up and someone before him hit a deer and he thought it was only one it was two and so the Tilton PD said he could take it home so he put them on top of his car.

39:52

**DEFRANCESCO:** Put them on top of his car and just took them home?

**FORTE:** Okay.

**DEFRANCESCO:** Woods people do that.

39:56

**ALL:**

[Laughter]

39:58

**FORTE:** I'm assuming they're able to corroborate, then it's probably true.

**FORTE:** Um-uh real quick.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 24 of 28

40:18

CAITLIN: Yeah, he's really bad, he-he was trying to get Bobby to go with him and work where he lives. There's like-a-like a Tractor Supply type store. Like begins with a B. Like a weird name. They have like, generators and like, stuff outside. He's got a thing for snowmobiles apparently. So he wants to take a snowmobile or whatever and go to the store and steal the stuff that's in front of the store and the-there escape is there's a dirt road right behind the store they can take the snowmobiles or some boat like bold that was on the snow and hit that back road.

40:53

FORTE: Barn Store of New England?

CAITLIN: Nope. It's like-um one word. It's not that. It's a weird name but, it's in Andover and I think it's like the only store in Andover.

FORTE: The road was twenty-fourth New Hampshire turnpike right?

41:13

CAITLIN: That he lives off of? Yeah. That's his address.

FORTE: But you don't know the actual street number?

CAITLIN: Yeah. Twenty-four.

FORTE: Oh. Twenty.

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 28 of 26

**CAITLIN**: Cause when I Ubered it-um that initial, no one has it around that the address that comes up.

41:27

**FORTE**: So, I just did twenty-fourth NH turnpike in Wilmot.

**CAITLIN**: Yep. I think it's right here. That looks like his mother's.

**FORTE**: Yeah? Unfortunately, wish you could get one with the winter, you know?

41:40

**CAITLIN**: That's the barn. Yep. That's the barn right there, that's where all of his stuff is and you go this way so his barn house would be right here and that is his mothers house.

**FORTE**: Alright. So, that's his mother's house. First one and then-

**CAITLIN**: His house, the barn, that's the barn that's like what that's like his like-

42:00

**FORTE**: You can get to the barn?

**FORTE**: Okay, okay. Well well check, I mean that I am probably rather get better photos and sit down with you again at some point maybe and have you look at it and see.

**FORTE**: Um, okay. So did he say anything about he can't have firearms or anything like that? Or did Bobby say that?

Case 1:24-cv-00392-JL-TSM    Document 1-4    Filed 11/21/24    Page 26 of 28

42:17

CAITLIN: Not specifically but, like I just kind of knew because he's obviously a felon and he was looking at like-

FORTE: Well, I know Bobby-you said Bobby was in jail with him so I didn't know he said anything to you about what is he was forbid it or couldn't have guns or anything like that.

CAITLIN: No. Bobby did say that he's crazy like, he's literally like crazy.

42:37

FORTE: Sounds like it.

CAITLIN: He lost it on meth, you know?

DEFRANCESCO: Is Bobby forbidden from possessing firearms?

CAITLIN: Yeah.

42:46

FORTE: Okay. Alright. Do you have anything else at this time?