UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

COREY DONOVAN                         )
                                      )        Civil Case 24-cv-00392-JL-TSM
        v.                            )
                                      )
UNITED STATES OF AMERICA              )
                                      )

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE OBJECTION

On November 21, 2024, petitioner Corey Donovan filed a pro se motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255.  Dkt. No. 1.  The government filed an objection on January 27, 2025.  Dkt. No. 5.  The Court appointed counsel for Mr. Donovan, who recently filed an amended § 2255 and supporting memorandum.  *See* Dkt. Nos. 17-18.  The Court ordered the government to respond by July 15 unless extended or otherwise modified by agreement of counsel.  The United States now respectfully moves this Court for an order extending the due date for its objection to petitioner's amended filings from July 15 to August 14, 2026.

Counsel for Mr. Donovan, John MacLachlan, assents to the requested extension.

Dated: July 14, 2026                  Respectfully submitted,

                                      ERIN CREEGAN
                                      United States Attorney

                 By:                  /s/ Charles L. Rombeau
                                      Charles L. Rombeau
                                      Assistant U.S. Attorney
                                      53 Pleasant Street, 4th Floor
                                      Concord, New Hampshire 03301
                                      charles.rombeau@usdoj.gov