UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

COREY DONOVAN                          )
                                       )        Civil Case 24-cv-00392-JL-TSM
       v.                              )
                                       )
UNITED STATES OF AMERICA               )
                                       )

**<u>ASSENTED-TO MOTION TO EXTEND TIME TO FILE OBJECTION</u>**

On November 21, 2024, petitioner Corey Donovan filed a pro se motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255.  Dkt. No. 1.  The government filed an objection on January 27, 2025.  Dkt. No. 5.  The Court appointed counsel for Mr. Donovan, who filed an amended § 2255 and supporting memorandum in June 2026.  *See* Dkt. Nos. 17-18.  The Court ordered the government to respond by July 15 unless extended or otherwise modified by agreement of counsel, which it did previously.  Dkt. No. 19.   The United States now respectfully moves this Court for a further order extending the due date for its objection to petitioner's amended filings from August 14, 2026 until September 14, 2026.

Counsel for Mr. Donovan, John MacLachlan, assents to the requested extension.

Dated: August 11, 2026                        Respectfully submitted,

                                              ERIN CREEGAN
                                              United States Attorney

              By:                 /s/ Charles L. Rombeau
                                  Charles L. Rombeau
                                  Assistant U.S. Attorney
                                  53 Pleasant Street, 4th Floor
                                  Concord, New Hampshire 03301
                                  charles.rombeau@usdoj.gov