United States District Court
District of New Hampshire

FILED - USDC -NH
2025 SEP 4 AM11:19

Corey DONOVAN )
v ) 24-CV-392-JL-TSM
U.S.A. )

# Motion For Leave to File Pro-se Motions and Supoena's for Documents in the Governments possession which support my 2255

Under Rule 6, 16(a)(1)(E)(3), 41(g)
Brady v. Maryland etc...

Now Comes Corey DONOVAN, pro-se who humbly requests this Honorable court allow him to file pro-se pleadings for the following reasons;

① I Timely filed this 2255 motion appx 22 months ago, the Government filed their objection and I responded.

② I then filed Requests for Supoena's of Documents The Government is withholding from me which support my positions, which would be allowed under Rule 6 and Brady v. Maryland

③ The Government Stopped Responding to Atty Donna Brown's repeated requests to produce All the calls recorded by the merrimack County Jail which were turned over to the Government, and Requested under a 41(g) motion.

 TURN →

(4) The Court appointed John Maclachlan to Represent Mr Donovan on March 11 2025.

(5) To Mr Donovans Knowledge, dispite His voluminous Requests, his Attorney Has NOT aquired the Requested documents which are Necessary to support some of His meritocious 2255 Arguements

(6) Mr Donovan Keeps Requesting the Following:

(A) The Last 24 to 48 Hours of Mr Donovan's surveilance camera footage (2 camera's) in a viewable format to include original time stamps without missing data or missing "clips" un-edited - unaltered -

(B) The Full Record of ALL Jail calls that Sherriff/Detective Marchand provided to the government, which include at least 27 calls/voice mails to Attorney Stachowske

The Jail admitted to providing these to the government. The Government is trying to Limit their production to only what was turned over in discovery and that is because what they are withholding is very helpful to defense. They Only wanted to turn over calls They intended to use but held back helpful calls in violation of Discovery obligations Under Brady V. Maryland

The Attorney Calls aside, My Girlfriend Admits that it was her GUN multiple times in the witheld recordings.

(C) The GPS data, Commonly called a Bread Crumbs trail, from the Big ARMORED ATF MRAP 6X6 used to execute the search warrant at 33 NH Route 4A wilmot NH 03287 on March 26th 2021. specifically all the start & stop data from 4 AM EST until 10 AM EST on March 26 2021.

The SRT drove this truck onto my property well prior to the 6 AM Start time authorized by the warrant and conducted all SRT/SWAT operations Between 4:30 AM EST and 5:52 AM EST The truck has already been out back & Turned around and is back out front when the 2nd team arrives and starts taking pictures and searching for evidence, as shown in the pictures provided in Discovery

(D) Any GPS Data in executing officers phones will also show their positions.

This information should have been provided to defense at trial when ATF Agent cook falsly testified that NO ONE entered the property until after 6:00 AM, He claimed to be part of the SRT team and falsly claimed that SRT waited until After 6 AM to enter the property.

His testimony was Refuted by Government Witness Richard Campbell.

 →

18 months have elapsed with my Attorney failing to Aquire these Relevant materials.

18 months have elapsed with my Attorney failing to Aquire even my Discovery!! All he has are the filings Available on pacer.

Respectfully, this isn't right and Must Not continue.

I have NOT ASSENTED to any continuances in this case. NOT once. Yet to my Continued Detriment Dillitory Tactics continue to be used against my interest.

I feel the Lacsidasical attitude on the part of my Lawyer is that some of my claims are self evident and Fully supported by the record. These claims by themselves are sufficient to support the relief requested, but with All due respect, that is NOT enough for me.

I want to be fully prepared to prove each and every one of my claims/allegations.

I want Justice, Truth, and Accountability.

That is the Basis for Our legal system, and I have been trying to get my day for 5 years. I've had to wait the last 3 years due to procedural exhaustion requirements.

I was told 3 years ago that All my issues were 2255 issues, and have now had my 2255 delayed and delayed.

I am NOT content to allow this continued denial of my right to Habeus Corpus to Linger on.

Thank You for your Time.

Please Construe this motion Liberally to achieve the ends of

(1) Allowing me to file Pro-se motions and supoena's

(2) Order the Government to produce the requested documents to: My Attorney & Myself

*(3) Order The Merrimack County Sherriff's investigator Marchand to provide duplicate's of the phone records He provided to the Case Agent/Government And/or to provide Full Records of All phone Records of Corey DONOVAN from April 15th 2021 ON

 TURN →

(4) ORDER DONNA Brown or the United states to provide John MacLachlan with a full copy of my Discovery Materials

(5) ORDER John MacLachlan to review all these files with me so I can show him where the evidence is that supports my claims. The BOP took my thumb drives and still has them or I would have gave them to my Lawyer myself. However I do know my case file & Discovery and know where to find my Beneficial files.

(6) Please Don't Delay me Any longer!

(7) Please schedule a Case status and/or Evidentiary Hearing in person so I can present my case Because I can prove some of my stuff now just with what we have.

(8) Have a wonderful Day. GOD BLESS YOU

Respectfully submitted by

[signature]

Corey DONOVAN
# 26-01033
Strafford County DOC
266 County Farm Rd
Dover NH 03820

8
9-1-2026

Corey DONOVAN #26-61033
Strafford County DOC
266 County Farm Rd
Dover NH 03820

BOSTON MA 020
2 SEP 2026 PM 6 L

Thinking




United States District Court
District of New Hampshire
office of the Clerk
55 pleasant street
Concord NH 03301

USMS SCREENED