**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **COREY DONOVAN,** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:24-cv-00392-JL-TSM** |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSE**

Pending before the Court is Corey Donovan's amended motion to vacate his conviction and sentence under 28 U.S.C. § 2255. ECF No. 17. The United States' response to Mr. Donovan's motion is due this Monday, September 14, 2026. The United States respectfully moves this Court for an order extending the due date for its response to Mr. Donovan's motion from September 14, 2026, to this Friday, September 18, 2026. Given time-sensitive developments in other matters, this brief extension is necessary for the United States to prepare an appropriate response to Mr. Donovan's motion.

Counsel for Mr. Donovan, John MacLachlan, assents to the requested extension.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: September 12, 2026

By: /s/ Tyler W. Shannon
Tyler W. Shannon
Assistant United States Attorney
53 Pleasant St 4th Floor
Concord, New Hampshire 03301
District of Columbia Bar No. 90006236
(603) 230-2526
tyler.shannon@usdoj.gov