United States District Court
District of New Hampshire

FILED - USDC -NH
2026 SEP 25 AM10:46

COREY DONOVAN
V
United States of AMERICA

24-CV-392-JL-TSM

MOTION
Request for Permission to file Pro-se filings & Response Under Local Rule 4.3 (e)
OR STATUS OF COUNSEL

Now Comes Corey Donovan, Pro se who Humbly Requests this honorable court consider this motion

Your Honor, I am going to try to write as plainly as possible and get to the point. I object to the Governments response as Being UNTIMELY.
I only know about the governments response because Kelley Finnigan Read it to me over the phone. MacLachlan's office still isn't answering and hasn't reached out to me.

The Government is mischaracterizing my arguements in order to NOT have to Respond to my Actual position.

Furthermore MacLachlan's "revision" of my 2255 is NOT on par with my own original filing. it leaves too much wiggle Room and doesn't fully explain the issues in Question.

 →

The ATF SRT (SWAT) did their Clearing of the property between 4:30 AM and 5:52 AM. That is Far in advance of the 6:00 AM Start time authorized in the search warrant.

When ATF Forte was caught Lying about how he claimed he saw the shotgun shells in the jeep, He re-canted, then claimed he was able to see them because SRT (SWAT) left the passenger door open which allowed him to "see" them only due to SRT ~~leav~~ opening and leaving the Door open, Because the windows are too Cloudy... it's an 1987 soft top. ASK YOURSELF, WHY WOULD HE LIE... what did he tell the grand Jury

So... But For the SRT being there way early and leaving the door open, He (Forte) would NOT have been able to claim He saw the shells, and would have had NO basis to seek the 2nd search warrant.

Furthermore there were No shells in the center console. photo's establish someone put them in there to get the search warrant (2nd).

You need to see the Pictures!

And a search is started the moment Any Agents of the government intruded upon the property to secure it. Which was the SRT team shortly after 4:30 AM. That is settled Law!

 →

So there is a "But for the unlawful actions..." exception to the exclusionary rule. & Inevitable Discovery. The shotgun Would NOT have been inevitably discovered.

Agent ~~Cooks~~ perjury, when he lied and said "No one entered" the property Before 6:00 AM is the perjury I am concerned with and the government keeps avoiding that issue.

Jacob Hubbard lied about searching my Jeep in 2019 in order to make his testimony admissable. He was Not a police officer in June 2019, and he did NOT search my Jeep. If he had only given the items back his testimony was NOT going to be admitted as the transcripts show.

John Forte violated Franks v. Deleware That's the Fillion issue.

John Forte did NOT inform the magistrate that Fillion was NOT TRUTHFUL.

John Forte instead Lied in his affadavit when He claimed Fillion provided truthful and accurate information. Her information was Neither truthful Nor Accurate.

All of Fillions Lies are ONLY Relevant to show and prove that FORTE Deceived the magistrate regarding Fillions Credibility.

That is the Fillion issue. I know it doesn't matter that she's a Liar and a perjuror, what matters is that the Agent knew or should have known, and he Recklessly or purposefully witheld this from the magistrate.

And this information was Critical to the determination of probable cause.

The 404(b) stuff is because My Trial Lawyer didn't properly preserve Limiting instructions, according to the Court of appeals, which were requested, and He didn't object when the government improperly Characterezed the Defendants (My) possession of Knives and BOWS to be a violation of my supervised release.

That is 404(b) unconvicted stuff which is highly prejudicial.

And Barbadoro told them NOT to Do that and Rombeau did it anyway, then told the court of appeals he turned the trial into a demonstration that I

See Transcripts 10-13-21 pg 76 Line 2

 →

"Just don't follow the rules"

The Juror issue is that he was "BARRED" according to the rules I read Due to being a member of the Judiciary, And his voir Dire was meaningless, because it relied upon His own opinion of his state of Bias.

However, The Juror had been under investigation for a year for failure to remain unbiased in The cases he was presiding over, and had to be forcibly removed because the New Hampshire Supreme court determined He was UNABLE to Acertain His own State of Bias.

If He thinks little girls who don't do their homework & the chores are Quote "... F---ing Morons" what is his true opinion in a felon in possession Case - When his Brother was "SHOT TO DEATH" ... of course he's Biased.

Proving that the government had planted the shotgun shells in my Jeep and lied about it would have shown the Jury I was being truthful and had the potential to convince them that even though I was around the gun, I DIDN't intend to exercise Dominion and control over it's use and disposition.



→

which could have aquitted me.

Demonstrating my trustworthiness and impeaching the government's credibility was supposed to be my Lawyers priority. He actually tried to Mount NO DEFENSE, And get me to plead guilty after the governments case in cheif.

Trial counsel Did Nothing to prepare for trial, and did NOT even have exhibits prepared.

Trial counsel Refused to attack the Late indictment which I have objected to.

Trial counsel Refused to submit evidence that I fall within the exception Granted by 921(a)(20) as I voted, could have held office, and was actually ~~under summons~~ for Jury Duty.

This District Court Dismissed RYAN HOWE's Case with less showing. I was actually under summons. It doesn't matter if you were convicted, ~~bree~~ of a prior felony, if you can vote, hold office, and sit a Jury you ARE considered to be civil Rights Restored under the LAW.

And I have a due process right to be indicted within 30 days when I was held Solely in federal custody for Conduct related to the instant offense.

 →

During the Brady litigation regarding the production of the informant Debriefing video's, The government's position was "That there was No brady violation, and instead that my Lawyer did Not effectively use the information he was provided.
see transcripts

Judge Barbadoro also said that was more the case see March 27 Hearing and Oct 12th hearing. He said Stachowske didn't effectively use the information provided, and that it was going to be ineffective to NOT Litigate the early execution of the search warrant.

And I still Assert that there is an ongoing Brady violation regarding my Surveillance Footage being witheld. And the MRAP GPS & Agents phones GPS being witheld. All would have impeached Agent cook and established grounds for suppression

Also the Booking Video WAS witheld until 10 months after trial. This video shows that Agent Forte decieved the magistrate regarding "explosives & Fuses" That the SOI made it up on the Fly and can be seen fabricating.

These videos were solid grounds for a motion to reconsider the Franks issue, which Barbadoro stated "He would have Granted see March 27th Hearing.



→

Adequate competant effective Counsel would have filed this as Donna Brown tried to.

I was told OVER and OVER again that 2255 was going to be the right vehicle to address these meritorious issues of constitutional violations.

Did you Notice that the Government Does NOT ARGUE that Agent cook Lied about No one being on the property before 6:00 AM Nor Do they Argue that Jacob Hubbard Did search my Jeep
* in 2019. AND that WAS an Illegal search. So says the NH supreme court. Shouldn't have been admitted.

Instead they say it doesn't matter if These Guys lied on the stand.

☆ So the governments position is that I am Not entitled to government wittnesses providing truthful and accurate testimony During my trial.

I feel Like my head's going to explode your Honor. It's 3pm still No answer from Maclachlan's office. Please Schedule a Hearing.

Respectfully submitted by

[signature]

Corey Donovan
Strafford County DOC
266 County Farm Rd
Dover NH 03820

9-21-2026

P.S. Have a nice day sir.

Corey Donovan
Strafford County DOC
266 County Farm Rd
Dover NH 03820

BOSTON MA 020
23 SEP 2026 PM 2 L




FILED - USDC -NH
25 SEP 26 AM10:47

United States District Court
District of New Hampshire
office of the Clerk
55 Pleasant Street
Concord NH 03301

USMS SCREENED