United States District Court
District of New Hampshire

(1)

FILED - USDC -NH
2026 SEP 25 AM10:43

Corey Donovan
v
United States of America

24-cv-392-JL-TSM

# Emergency
# Motion For Status of Counsel
# or
# Case Status/Evidentiary Hearing

Now Comes Corey DONOVAN, pro-se who Humbly requests this Honorable Court schedule an open hearing.

Mr Donovan Feels he must apprise this honorable Court of the following:

From the beginning of appointment of counsel 3-11-25 Mr Donovan has stated to counsel the following;

1. Mr Donovan opposes all continuances
2. Mr Donovan waives None of the issues raised in his pro-se filings.
3. Mr Donovan requested to move forward upon his own filings. repeatedly.
4. That Councel review Discovery, and provide a copy to Mr Donovan
5. That councel seek additional discoverable materials which were Not disclosed in their entirety IE: surveilance footage and Jail call recordings
6. TO oppose GOVERNMENT DELAYS
7. TO Request MRAP GPS DATA which was withheld

 TURN over →

The Requested Surveilance footage is Discoverable: Last 24 to 48 hours minimum needed

This was refused to me when requested on October 5th 2021 on record, and my ineffective Attorney never objected or demanded it's production.

I am Entitled to a Full copy of these recordings Under Rule 16 (a)(1)(E)(3) as they are documents which belong to me and have been taken by the government.

Rule 41 (g) is also another available vehicle to request these be produced/returned (property)

Attorney Maclachlan and his Secretary keep telling me I have to wait for the governments response to request under 2255 Rule 6, and that is UNTRUE & NON-Sense

Attorney has been impeding my right to Habeus Corpus for 18 months and has not even aquired the Discovery File produced to Donna Brown yet.

This is inexcusable. The fact that He does NOT do these Basic things leads me to the conclusion that my interests in this matter are NOT receiving the Due Dilligence they deserve.

I have requested that a Bar Complaint for Ethics violations be submitted. - ANNA Krasinski & Charles Rombeau

I have Definative Proof of AUSA Rombeau suborning perjury and Not doing his duty as a member of the Bar to report it. He was fully aware.

There is uncorrected perjury in my case, and the Adjutant case and I will NOT look aside. My next step is the News, if I can't get Justice in the court. I have this in Black & white, as is shown in my filings and am seeking Justice. I have faith in YOU.

AUSA Rombeau and Attorney Ben Faulkner Knowingly signed off on a Defendant's change to her plea agreement, wherein Caitlin Fillion deceived this court falsly claiming she "didn't realize the object was a firearm" until after she was in the store.

She knew she had a gun in her pocket. She admitted to knowing it was loaded when Questioned. Months later, when caught on the run again, she again admits to knowing she had a gun in her pocket prior to arriving at the store.

To allow her to change her plea to a Lie, then Lie on the stand poison's the whole concept of this Justice system. Then ATF agent FORTE falsly Claimed in an affadavit " SOI provided truthful & accurate. I am Not letting this pass by Quietly.

To then claim she provided truthful and accurate information is then That AGENT Also Lying to this Court.



TURN over →

Your Honor, I am NOT exaggerating with any of this All my claims are Fully Documented.

I had a fully developed, responded to 2255 18 months ago, and I requested subpoena's for documentation which supports my ineffective assistance claim, early execution of warrant claim and perjury (By Agent cook) at my trial claim. Discoverable Under Brady & Giglio

I need you to intercede your Honor. I need you to see this on record.

I need you to re-establish balance, and allow the Truth to be on Record.

That's what I'm seeking.

of course I desire to "win" my claims, but primarily I Need for there to be a truthful representation of FACTS to be on the record.

I am a citizen of these United States of America, and I assert my right to be heard upon Legitimate Grievances. PLEASE I don't mean to go off on a Tangent, but 2 years ago I filed my 2255 motion.
— How are my rights being protected? I feel they Are NOT...



Next

The latest response date to my knowledge was 9-14-26. I called the attorney's office all week long and got No answer - again. (Just Heard that changed since I wrote this.

I have instructed this attorney to oppose Any and All continuances and to Not seek any. This is on record, both written and audio recorded.

He apologised over a month ago and said he wouldn't agree again, so my Question is what is going on here?

I told this man from the beginning of his appointment that if he can't represent me agressively and dilligently, then get out of my way and away from my case. He talks good, and whoever he had review my transcripts Noticed things - wasn't him - but enough is enough. Why has over 18 months of my life been Squandered? I filed my timely 2255 almost 2 years ago, it is meritorious, and yet I have been Kept away from you and your Court room?

I know it's NOT YOU your Honor...

Did they get another continuence? The government responded Quickly to my original filing which contains all the same issues - There are NO New issues



→

So what excuse is there? Can you please help me get answers,?

Can you Please let me show YOU the documentation I have?
Can I please address the merits of my case on the record? please?

I need your Help to seek Justice and I need your Honesty impartiality and wisdom.

thank you for your time
9-18-2026 respectfully submitted by

[signature]
Corey Donovan
Strafford County DOC
266 County Farm Rd
Dover NH 03820

P.S.
I GOT ahold of Kelley (My Girlfriend who owned the shotgun) and she checked Pacer, apparently there was another continuance? they still haven't responded even though it's due today (as of noon) I'll be able to call Kelley again Monday...
There is a lawyer phone here on the unit so attorneys can call in to notify their clients of updates — I have NOT Recieved a single call since you moved me here, I have to call on my dime, and most of the time they don't answer, Just like they did me while at Butner N.C. I'm upset.
But I hope you have a nice weekend, and I look forward to meeting you,
Best wishes Always, sincerely [signature]

Corey Donovan
Strafford County DOC
266 County Farm Rd
Dover NH 03820

BOSTON MA 020
23 SEP 2026 PM 2 L




United States District Court
District of New Hampshire
55 Pleasant street
Concord NH 03301

USMS SCREENED

FILED - USDC -NH
2026 SEP 25 AM10:46