UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| v. | ] | Cr. No. 24-CV-392-JL-TSM |
| | ] | |
| | ] | |
| COREY DONOVAN | ] | |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTION TO VACATE SENTENCE FOR 90 DAYS**

Counsel for Petitioner Corey Donovan, Attorney John G. MacLachlan, respectfully requests that the Court extend for 90 days the time to respond to the Government's memorandum in opposition / objection to the amended motion to vacate conviction and sentence filed on September 19, 2026.

The requested extension will allow counsel time to resolve outstanding discovery issues directly with the Government and to address, resolve, or file any other outstanding issues or motion filings as necessary.

The government assents.

Wherefore the Petitioner respectfully moves the Court to grant this motion and to extend the time to respond to the Government's memorandum in opposition for 90 days, and for such other relief as may be deemed just.

Respectfully Submitted,

Date: October 13, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan

N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on October 13, 2026, and in a manner specified herein; electronically served through CM/ECF to AUSA Charles Rombeau.

Respectfully Submitted,

Date: October 13, 2026

/s/ *John G. MacLachlan*
John G. MacLachlan
N.H. Bar No. 15596
Law Office of John G. MacLachlan
& Associates, LLC.
5 Elm Street, Ste. 3
Danvers, MA 01923
Tel: (978) 745-9569
Email: jmaclachlan@jgmlaw.us